**Order entered September 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00506-CV

## IN THE INTEREST OF C.V.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01086-W**

## ORDER

Before the Court is the State's unopposed "First Motion to Extend Time to File Brief."

We **GRANT** the motion and **ORDER** the brief received on September 26, 2019 filed as of the

date of this order. Per this Court's September 10, 2019 notice letter, this appeal will be

submitted without oral argument on October 3, 2019.

/s/     ROBBIE PARTIDA-KIPNESS
         JUSTICE